# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GLORIA BLUME,

                Plaintiff,       :       Case No. 3:16-cv-496

                                        District Judge Walter Herbert Rice
- vs -                              Magistrate Judge Michael R. Merz

WAL-MART STORES, INC., et al.,

                Defendants.     :

## RECUSAL ORDER

This case was randomly assigned to the undersigned upon its filing in December 2016. District Judge Rice has now entered a Preliminary Pretrial Conference Order which refers the case to me for pretrial management purposes (ECF No. 13, PageID 63). However, many of the dates set in the Order occur after expiration of my term of office on March 1, 2018.

Therefore, I recuse myself from further judicial participation in this case and direct the Clerk to randomly reassign the case to one of the other Magistrate Judges resident at Dayton.

December 12, 2017.

                                                          s/ *Michael R. Merz*
                                                     United States Magistrate Judge